Frank J. Hart, Appellant, v. Joseph S. Duncan, Appellee.

Gen. No. 41,191.

238

opinion filed November 4, 1940. Hubert E. Page, for appellant; Alden, Latham & Young, for appellee. Opinion by JUSTICE McSURELY. "Not to be published in full."